IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SALVADOR RODRIGUEZ,<br>　　　　　Defendant. | CASE NO: **4:20MJ3188**<br><br>**DETENTION ORDER** |

　　　　On the government's motion, the court held a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f). The court concludes the defendant must be detained.

　　　　Based on the evidence presented and information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings, and by clear and convincing evidence that the defendant's release would pose a risk of harm to the public.

　　　　Specifically, the court finds the murder at issue was brutal, involving multiple stab wounds, and there is substantial evidence that defendant committed that murder. After being initially arrested and then released by law enforcement, Defendant left California and was able to re-locate and re-establish his life and livelihood in Nebraska and Iowa. Moreover, Defendant has a criminal history of violating the law and court orders; has a history of harming or threatening harm to others, including a previous attempted murder conviction; committed the alleged crime while on parole; and exhibits mental health issues which have prompted a behavioral watch by the detaining facility.

　　　　Conditions which restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education,

employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

## Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Dated November 9, 2020.

_____
Cheryl R. Zwart
United States Magistrate Judge